dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HANCOCK COMPANY, INC., Respondent, v. FRANK A. DUDLEY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HANCOCK COMPANY, INC., Respondent, v. FRANK A. DUDLEY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of MARTIN's SECURITIES Co., INC., Appellant, for an Order of Mandamus against JAMES J. WALKER and Others, Respondents. BROOKLYN DAILY EAGLE, Intervenor, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of MARTIN's SECURITIES Co., INC., Appellant, for an Order of Mandamus against JAMES J. WALKER and Others, Respondents. BROOKLYN DAILY EAGLE, Intervenor, Respondent.*— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LOUIS J. PALEY and Another, Appellants, v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The bill of particulars to be served within twenty days from service of order with notice of entry thereof. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GEORGE WESTON, as Treasurer of the AMERICAN EXPRESS COMPANY, etc., Appellant, v. HYMAN D. BAKER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WILLIAM BEERS CROWELL, Respondent, v. ELIZABETH WHITE WYLDE, etc., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. (See Russell v. McDonald, 125 App. Div. 844.) Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MAY NORWOOD, Doing Business, etc., Respondent, v. JOHN HALKETT and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CECELIA ORLANDO, Appellant, v. VINCENT J. ORLANDO and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, with leave to plaintiff, if so advised, to move to resettle recitals in order of March 6, 1931. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HERMAN C. FREMDER, Appellant, v. HERMAN S. DORF, Respondent, Impleaded with Another, Defendant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

PHILIP ILSLEY, Respondent, v. FRANK J. STOLTZ and Another, Appellants.— Order modified so far as to secure to defendants the right to pay dividends to stock-

---

* Affd., 259 N. Y. 120.